UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LEROY a/k/a DEREK McSMITH                              CIVIL ACTION

VERSUS                                                              NO:  08-1123-PB-SS

UNITED STATES AND UNITED STATES
DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the plaintiff's complaint be dismissed without prejudice.

New Orleans, Louisiana, this  16th  day of  December , 2008.

_____
UNITED STATES DISTRICT JUDGE